IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK PERCENTIE,

     Petitioner,

v.

DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5800

Opinion filed February 3, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Patrick Percentie, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

LEWIS, BILBREY, and KELSEY, JJ., CONCUR.